Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

Division CIVIL

|  |  |
|---|---|
| Jason Hunter Bell | Case No. 20cv60338 Ruiz/Struass |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| -v- | Jury Trial: *(check one)* ☐ Yes ☒ No |
| Macy's Corp. Services/Macy's Westfield Mall<br>Raymond C. Vega III, Individually<br>Shari Rhodes, Individually | FILED BY _____ D.C.<br>FEB 14 2020<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - FT. LAUD. |
| *Defendant(s)* |  |

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jason Hunter Bell
   Street Address: 1801 NW 75th Ave Apt 204
   City and County: Plantation, Broward
   State and Zip Code: Florida, 33313
   Telephone Number: 954-404-2030
   E-mail Address: shutterworth@hotmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

   Defendant No. 1
   Name: Macy's Corp. Services/Macy's at Westfield Mall Broward

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        Job or Title *(if known)*    Landon Pelkola Esq., Macy Senior Counsel
        Street Address                7 West Seventh Street
        City and County              Cincinnati, Hamilton
        State and Zip Code       Ohio 45202
        Telephone Number       513-579-7000
        E-mail Address *(if known)*  landon.pelkola@macys.com

Defendant No. 2
        Name                        Raymond C. Vega III
        Job or Title *(if known)*    District Facilities Manager/Macy's Westfield in Broward Mall
        Street Address                8000 West Broward Blvd.
        City and County              Plantation, Broward
        State and Zip Code       Florida, 33388
        Telephone Number       Work # 954-475-3400, Home# 904-773-5591
        E-mail Address *(if known)*  ray2002vega@bellsouth.net

Defendant No. 3
        Name                        Shari Rhodes
        Job or Title *(if known)*    Receiving Team Manager/Macy's Westfield/in Broward Mall
        Street Address                8000 West Broward Blvd.
        City and County              Plantation, Broward
        State and Zip Code       Florida 33388
        Telephone Number       Work # 954-475-3400, Home # 954-592-1798
        E-mail Address *(if known)*  shari.rhodes@yahoo.com

Defendant No. 4
        Name
        Job or Title *(if known)*
        Street Address
        City and County
        State and Zip Code
        Telephone Number
        E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question              ☐ Diversity of citizenship

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII, the American with Disabilities Act, ADA Amendments Act of 2008, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act. Violation of OSHA regulations or employee safety in the workplace to include OSHA policy of retaliation/harassment for reporting violations to management. OSHA 1910.132 general requirement personal protective equipment violation.

**B.  If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, (name) _____, is a citizen of the State of (name) _____.

    b. If the plaintiff is a corporation
    The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____ and has its principal place of business in the State of (name) _____.

    (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

    b. If the defendant is a corporation
    The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____ and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Ms Rhodes the manaer took away reasonable accommodation from Jason H. Bell due to his disability. Mr Vega and Ms Rhodes denied his request for reinstatement of those reasonable accommodation. Mr Vega and Ms Rhodes created a hostile workplace environment for plaintiff. Mr Vega and Ms Rhodes violated Macy's InStore early dispute resolution program. The plaintiff requested a meeting with Human Resource and was denied by Mr Vega and Ms Rhodes. Plaintiff asked his manager if he could see his HR personnel file and it was denied by Ms Rhodes. Plaintiff complainted to Mr Vega and Ms Rhodes about safety concerns about climbing the 10/12 foot ladder in a crowded store with his Disability. Plaintiff met with Mr. Vega and Ms Rhodes about possibly getting a mini-jerry lift and safety equipment. Mr Vega and Ms Rhodes violated OSHA 1970 act and endanger the plaintiff and co-workers safety and welfare in the workplace. Mr Vega violated Macy's Attendance Policy.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks compensatory and punitive damages of $15,000,000 for the defendant(s) egregious conduct. Requesting damages for current and projected medical bills, therapy and medication. Emotional trauma, pain and suffering. Lost wages, both current and projected. Management aggravated plaintiff disability by threats, from Ms Rhodes if he did not perform a certain work related task such as climbing the 10/12 foot ladder and change the lights in the ceiling. Loss of enjoyment of life due to the unsafe workplace and toxic hostile workplace, ending wrongful termination of the plaintiff. Mr Vega and Ms Rhodes intentional and willfully disregarded the safety and well being of the plaintiff and his co-workers in the workplace. Management was aware of the plaintiff disability for the plaintiff had worked at Macy's form August 01, 2014 to June 12, 2018 under Mr. Raymond Vega management/supervision.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: February 07, 2020

Signature of Plaintiff  _Jason Hunter Bell_
Printed Name of Plaintiff  Jason Hunter Bell

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____